UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANA VIDAL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SECURITAS SECURITY SERVICES USA INC.,<br><br>　　　　　　Defendant. | CASE NO. 2:24-cv-00868-LK<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Stipulation of Dismissal. Dkt. No. 15. Pursuant to the parties' stipulation, this action is hereby DISMISSED with prejudice and without court-ordered costs or attorney's fees to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 1st day of October, 2025.

　　　　　　　　　　　　　　　　　　　　　　　*Lauren King*
　　　　　　　　　　　　　　　　　　　　　　　Lauren King
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL - 1